**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:17-cr-00172-JAW |
| v. | ) |
| | ) |
| TRISTAN NELSON | ) 21 U.S.C. §§ 952; 960; 841(b)(2) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
### (Importation of Methylphenidate)

On about February 22, 2017, in the District of Maine, the defendant

### TRISTAN NELSON

intentionally and knowingly imported into the United States a mixture and substance containing a detectable amount of Methylphenidate, commonly known as Ritalin, a Schedule II controlled substance.

All in violation of Title 21, United States Code Sections 952(a) and 960(b)(3).

### COUNT TWO
### (Importation of Alprazolam)

On about February 22, 2017, in the District of Maine, the defendant

### TRISTAN NELSON

intentionally and knowingly imported into the United States a mixture and substance containing a detectable amount of Alprazolam, commonly known as Xanax, a Schedule IV controlled substance.

All in violation of Title 21, United States Code Sections 952(b), 960(b)(6), and 841(b)(2).

Dated at Bangor, Maine this 18 day of December, 2017.

Respectfully submitted,

Halsey Frank
United States Attorney

Jody Mullis
Assistant United States Attorney