## Synopsis

1:17-cr-00172-JAW

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED
2018 MAR -7 P 3: 42
DEPUTY CLERK

| | |
|---|---|
| **Name:** | Tristan Nelson |
| **Violations:** | **Count 1**: Importation of a Schedule II Controlled Substance (Ritalin). 21 U.S.C. § 952.<br>**Count 2**: Importation of a Schedule IV Controlled Substance (Xanax). 21 U.S.C. § 952. |
| **Penalties:** | **Count 1:** Up to 20 years imprisonment, $1,000,000 fine, or both. 21 U.S.C. § 960(b)(3).<br>**Count 2:** Up to 5 years imprisonment, $250,000 fine, or both. 21 U.S.C. § 960(b)(6); 21 U.S.C. § 841(b)(2). |
| **Supervised Release:** | **Count 1:** Three years and up to life. 21 U.S.C. § 960(b)(3).<br>**Count 2:** One year and up to life. 21 U.S.C. § 960(b)(6); 21 U.S.C. § 841(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Counts 1-2:** Not more than two years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Count 1:** Three years minimum and up to life, less any term of imprisonment. 21 U.S.C. § 960(b)(3).<br>**Count 2:** One year minimum and up to life, less any term of imprisonment. 21 U.S.C. § 960(b)(6); 21 U.S.C. § 841(b)(2). |
| **Defendant's Attorney:** | James Nixon, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | HSI- S/A Donald Ardell |
| **Detention Status:** | Not in custody. |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Aroostook |
| **AUSA:** | Mullis |
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100.00 per count |