UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**UNITED STATES OF AMERICA**     )
                                 ) Case No. 1:17-cr-00172-JAW
                                 )
V                                )
                                 )
**TRISTAN NELSON**               )

## GOVERNMENT'S VERSION OF THE OFFENSE

On February 22, 2017, a mail package from the Philippines arrived at the Madawaska, Maine post office. The package was addressed to the defendant. The package was sent from the Philippines. The shipping label stated that it was from the Philippines. The package contained about 950 Methylphenidate pills. Methylphenidate is commonly known as Ritalin and is a schedule II controlled substance. The package also contained about 450 Alprazolam pills. Alprazolam is commonly known as Xanax and is a schedule IV controlled substance. The defendant came to the post office and accepted the package. When the defendant accepted the package at the post office, the defendant knew that the package contained Methylphenidate and Alprazolam. After receiving the pills, law enforcement officers made contact with the defendant.

The defendant admitted to law enforcement officers that he purchased the pills online. The defendant admitted that he knew the pills were shipped to him from outside the United States. The defendant admitted to paying for the pills and that he intended to distribute some of the pills. The pills were in fact ordered online and the pills were in fact mailed to him from outside of the United States. The pills were tested by a chemist and were confirmed to be Methylphenidate (Ritalin) and Alprazolam (Xanax), respectively.

Respectfully submitted,

HALSEY FRANK
United States Attorney

*/s/ Jody B. Mullis*

JODY B. MULLIS
Assistant U.S. Attorney

Date:  December 18, 2017