UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No.  17-CR-172-JAW |
| v. : | |
| : | |
| TRISTAN NELSON : | |

### UNOPPOSED MOTION TO ENLARGE TIME FOR REVISED PRESENTENCE INVESTIGATION REPORT

**NOW COMES** Defendant, Tristan Nelson, by and through his counsel, and respectfully moves the Court for an order enlarging the time for the Probation Office to tender its revised Presentence Investigation Report for approximately one month from the current due date of July 19, 2018 to August 17, 2018. In further support of the motion, undersigned counsel represents as follows.

The Presentence Investigation Report was issued in this matter on May 9, 2018. The total offense level in this matter is established primarily through certain, somewhat complicated quantity findings. Objections to the initial Presentence Investigation Report have been provided to the Probation Office. The defendant's objections address, in part, the quantity findings addressed above. In light of those objections the parties are in discussions and are reviewing additional documents in an effort to further examine this issue. That effort may result in withdrawal of the objection, potential stipulation as to quantity and/or refinement of the issue for the Court's further consideration. Additional time is required to consider these issues and for the Probation Office to issue its revised Presentence Investigation Report. Mr. Nelson remains incarcerated at the Somerset County Jail in Madison, Maine.

Undersigned counsel has conferred with Assistant United States Attorneys Jody Mullis and F. Todd Lowell concerning the relief sought hereby.  Undersigned counsel has also conferred with United States Probation Officer delaRosa regarding this motion.  Officer delaRosa has no objection to the extension.  AUSAs Mullis and Lowell similarly offer no objection to the extension.

WHEREFORE for all of the foregoing reasons, including that the motion is unopposed, Mr. Nelson respectfully requests that the deadline for the Probation Office to issue its revised Presentence Investigation Report be extended to August 17, 2018.

Respectfully submitted,

Dated: July 13, 2018

/s/ James S. Nixon
James S. Nixon, Esquire
Assistant Federal Defender
Office of the Federal Defender
23 Water Street, Suite 206
Bangor, Maine 04401
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA   : | |
| : | Criminal No.  17-CR-172-JAW |
| v.    : | |
| : | |
| TRISTAN NELSON   : | |

**CERTIFICATE OF SERVICE**

    I, James S. Nixon, Esquire, Assistant Federal Defender, Office of the Federal Defender, attorney for the Defendant, hereby certify that on July 13, 2018, I electronically filed the Unopposed Motion to Enlarge Time for Revised Presentence Investigation Report with the Court via the CM/ECF electronic filing system which will send notification of such filing via said system electronically on the 13th day of July, 2018 to the following persons:

Jody Mullis, Assistant U.S. Attorney
U.S. DEPARTMENT OF JUSTICE
202 Harlow Street, Rm 111
Bangor, Maine  04401
Jody.mullis@usdoj.gov

F. Todd Lowell, Assistant U.S. Attorney
U.S. DEPARTMENT OF JUSTICE
202 Harlow Street, Rm 111
Bangor, Maine  04401
Todd.lowell@usdoj.gov

Antonia delaRosa, Officer
400 Congress Street 5th Floor
Portland, ME 04101
antoniadelrosa@mep.uscourts.gov

Dated: July 13, 2018     /s/ James S. Nixon
                                                    James S. Nixon, Esquire
                                                    Assistant Federal Defender
                                                    Office of the Federal Defender
                                                    23 Water Street, Suite 206
                                                    Bangor, Maine 04401
                                                    Attorney for Defendant