UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  USA v TRISTAN NELSON

DOCKET NO:  1:17-cr-00172-JAW

PROCEEDING TYPE: SENTENCING 12/3/2018

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
|  | A |  | Letters in Support | 12/3/2018 | 12/3/2018 |  | 12/3/2018 |
|  |  | 1 | Sealed Documents | 12/3/2018 | 12/3/2018 |  | 12/3/2018 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |